# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Billy Carter** DOB: 1981; United States<br>**Melissa Carter** DOB: 1985; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-04992MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 24, 2019, in the District of Arizona, **Billy Carter** and **Melissa Carter**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Fabian Nonato-Sanchez, Noe Herrera-Valenciano and Miguel Angel Palma-Gallardo, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 24, 2019, in the District of Arizona, United States Border Patrol Agents (BPA) received information on a known load vehicle, a white 2010 Mazda 3, bearing Arizona license plate CFS1648 as well as a black 2014 Kia Forte, bearing Arizona license plate CL51788 traveling in tandem eastbound on SR-82. BPA saw the white Mazda and the black Kia travelling extremely close to the rear of the Mazda, never passing the Mazda. BPA pulled behind the vehicles and followed. BPA observed the white Mazda begin to speed up and pull away from the black Kia. The Kia slowed down and after two minutes the black Kia Forte locked up its brakes, lost control and swerved over the center line and then off to the right shoulder of the road. BPA avoided a collision with the black Kia. The Kia then over-corrected and slid sideways back across the road cutting off BPA causing a collision. BPA checked on and secured the driver of the black Kia Forte, later identified as **Billy Carter**. BPA attempted to catch up to the white Mazda. BPA found the white Mazda parked, at the rest area on SR-82, with no one around it. BPA approached the vehicle and observed multiple subjects hiding themselves in the rear hatch area as well as the rear seating area of the vehicle. The doors of the vehicle were locked. BPA searched the rest area restrooms and found a subject standing in the stall. The person in the stall, later identified as **Melissa Carter**, stated she was a local that lived nearby, and walked here to use the restroom. **M Carter** could not provide an address or street name and later admitted she lied and advised the white Mazda was her vehicle. **M Carter** stated she did not know who the subjects were hiding in the rear of the vehicle. **M Carter** claimed she had no knowledge of the black Kia Forte she was traveling in tandem with. **M Carter** claimed she did not know them but stated "we were just giving them a ride." **M Carter** later admitted she was traveling with the black Kia Forte, and that her husband **B Carter** was driving the Kia. **M Carter** stated he was chasing her and that they had just got into a big argument. There were three male subjects in the Mazda, BPA determined that they were in the United States illegally.

Material witnesses Fabian Nonato-Sanchez, Noe Herrera-Valenciano and Miguel Angel Palma-Gallardo stated that they had made arrangements to be smuggled into the United States for money. All three said that they crossed the border from Mexico. Nonato-Sanchez identified **M Carter** as the driver, from a photo lineup that picked him up, told him to turn off his phone, hide themselves and gave additional instructions. Herrera-Valenciano and Palma-Gallardo identified **M Carter** as the driver, from a photo lineup that picked them up told them to get in the hatchback compartment, covered them up, and gave them additional instructions.

**Continued on back.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Fabian Nonato-Sanchez, Noe Herrera-Valenciano and Miguel Angel Palma-Gallardo | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/kat. /ACA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera | DATE<br>December 26, 2019 |
| 1) See Federal rules of Criminal Procedure Rules 3 and 54 | |

**Continued from front.**

In a post-*Miranda* statement, **B Carter** admitted that he made arrangements with a man from Mexico, named Marco, to smuggle illegal aliens. **B Carter** admitted that he previously made smuggling attempts, and made several successful smuggling trips. **B Carter** stated that he was going to be paid $750 per person. **B Carter** stated that he knew he would be picking up at least three illegal aliens, for a total of $2,250. **B Carter** stated that he had previously provided a buffer or distraction during their past smuggling attempt and was going to do the same this time. **B Carter** initially stated that he fell asleep at the wheel, but admitted later this was a lie.

In a post-*Miranda* statement, **M Carter** stated that her husband advised her that they would take place in a human smuggling attempt. **M Carter** stated she is in an emotionally and psychologically abusive relationship with **B Carter**. **M Carter** stated **B Carter** told her they were going to pick up some people in Nogales and drive them north, and that the payment for this job would cover the rent. **M Carter** stated she did not know the full amount of the payment.